FILED
CLERK, U.S. DISTRICT COURT
SEP 15 2010
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GEORGE SCOTT KELLY, ) <br> ) <br> Defendant. ) <br> ) | NO.: EDCR02-00002-RT <br><br> ORDER OF DETENTION AFTER HEARING <br> [Fed.R.Crim.P. 32.1(a)(6); <br> 18 U.S.C. 3143(a)] |

    The defendant having been arrested in this district pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violation(s) of the terms and conditions of his supervised release; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.   (X)  The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is

1 | based on his failure to proffer any evidence to meet his burden
2 | on this issue;
3 | and
4 | B. (X) The defendant has not met his burden of establishing by
5 | clear and convincing evidence that he is not likely to pose a
6 | danger to the safety of any other person or the community if
7 | released under 18 U.S.C. § 3142(b) or (c). This finding is
8 | based on his failure to proffer any evidence to meet his burden
9 | on this issue.
10 | IT THEREFORE IS ORDERED that the defendant be detained pending
11 | the further revocation proceedings and the sentencing scheduled for
12 | September 20, 2010.

DATED: September 15, 2010

*Margaret A. Nagle*

MARGARET A. NAGLE
United States Magistrate Judge

2